CARMELA PAGAY (State Bar No. 195603)
ctp@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Timothy J. Yoo
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 27 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

<u>NOT FOR PUBLICATION</u> CHANGES MADE BY COURT

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>KHODADAD KHORANI,<br><br>            Debtor. | Case No. 2:16-bk-12233-RK<br><br>Chapter 7<br><br>**ORDER DENYING DEBTOR'S MOTION TO CONVERT CHAPTER 7 CASE TO CHAPTER 13**<br><br>Date:   January 24, 2017<br>Time:  2:30 p.m.<br>Place:  Courtroom 1675<br>           Roybal Federal Building<br>           225 E. Temple Street<br>           Los Angeles, California 90012 |

The Debtor's Motion to Convert Case under 11 U.S.C. §§ 706(a) or 1112(a) (the "Motion"), filed by Khodadad Khorani (the "Debtor"), came on for hearing on January 24, 2017, at 2:30 p.m., in the above-entitled Court before the Honorable Robert Kwan, United States Bankruptcy Judge.  Carmela T. Pagay of Levene, Neale, Bender, Yoo & Brill L.L.P. appeared on behalf of Timothy J. Yoo, the Chapter 7 Trustee (the "Trustee") for the Debtor's bankruptcy estate.  Other appearances are as noted on the Court's record.

///

The Court, having considered the Motion, the opposition to the Motion and Request for Judicial Notice filed by the Trustee, the Debtor's reply, and the statements of counsel made at the hearing on the Motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is denied for the reasons stated by the Court on the record, and for the grounds stated and authorities cited in the Court's Order Denying Debtors' Motion to Convert Chapter 7 Case to Chapter 13 entered in *In re Castillo*, Case No. 2:12-bk-50300-RK, Electronic Case Filing Number 62, on January 18, 2017, that the evidence on the record of the motion, including Debtor's bankruptcy schedules regarding income and expenses, Schedules I and J, reflecting negative monthly net income, do not show sufficient income to make payments under a Chapter 13 plan to demonstrate eligibility to be in Chapter 13 as explained in *Castillo*. The denial of the motion is not with prejudice.

**IT IS SO ORDERED.**

###

Date: January 27, 2017

_____
Robert Kwan
United States Bankruptcy Judge